IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, et al. | : | |
| v. | : | Civil Action No. DKC 26-2963 |
| MONTGOMERY COUNTY, MARYLAND, et al. | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 27th day of October, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to amend judgment or, in the alternative, for injunction pending appeal filed by SSJC and Rabbi Shapiro (ECF No. 39) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

/s/
DEBORAH K. CHASANOW
United States District Judge