# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 10, 2026

---

RESPONSE REQUESTED

---

No. 26-2623, Silver Spring Jewish Center v. Montgomery County, Maryland
8:26-cv-02963-DKC

TO: Montgomery County, Maryland

RESPONSE DUE: 11/17/2026

Response is required to the motion for injunctive relief pending appeal on or before 11/17/2026.

T. Webb, Deputy Clerk
804-916-2702