FILED: November 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2623
(8:26-cv-02963-DKC)

---

SILVER SPRING JEWISH CENTER; RABBI J. MENASHE SHAPIRO

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

---

O R D E R

---

Upon consideration of the motion to establish a formal briefing schedule and to file a formal brief, the court denies leave to establish a formal briefing schedule. The court grants appellants leave to file a brief in any format they deem necessary.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk