# EXHIBIT 1

Bill No. 4-97
Concerning: Weapons - Places of Public Assembly and Access by Minors
Revised: July 1, 1997 Draft No. 8
Introduced: February 11, 1997
Enacted: July 1, 1997
Executive: Returned unsigned
Effective: October 14, 1997
Sunset Date: None
Ch. 14, Laws of Mont. Co. 1997

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

By: Councilmembers Berlage, Leggett, Ewing, Subin, and Council President Praisner

**AN ACT** to:

(1) limit the purchase, sale, transfer, possession, and transportation of certain firearms and ammunition with respect to minors or within 100 yards of places of public assembly; and

(2) generally amend County law regarding weapons.

By amending
Montgomery County Code
Chapter 57, Weapons
Sections 57-1, 57-3, 57-4, 57-5, 57-8

By adding
Section 57-7A

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| [Single boldface brackets] | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| [[Double boldface brackets]] | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland, approves the following Act:*

**Section 1.** Sections 57-1, 57-3, 57-4, [[and]] 57-5, and 57-8 are amended and Section 57-7A is added as follows:

**57-1. Definitions.**

In this Chapter, the following words and phrases have the following meanings:

* * *

*Gun* or *firearm*:

* * *

(2) [The term "handgun" shall include] "Handgun" means any pistol, revolver or other firearm capable of being concealed on the person, including a short-barreled shotgun and a short-barreled rifle as these terms are defined below[; except it shall]. "Handgun" does not include a shotgun, rifle, or antique firearm.

(3) [The term "rifle"] "Rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and to use the energy of the explosive in a fixed metallic cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger.

* * *

(6) [The term "shotgun"] "Shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and to use the energy of the explosive in a fixed shotgun shell to fire through a smooth bore either a number of

ball shot or a single projectile for each single pull of the trigger.

*Gun shop*: An establishment where a **handgun**, **rifle**, or **shotgun**, or ammunition or major component of these guns is sold[[,]] or transferred[[, manufactured, repaired, or transported]]. "Gun shop" does not include an area of an establishment that is separated by a secure, physical barrier from all areas where any of these items is located.

* * *

*Minor:* An individual younger than 18 years old.

*Place of public assembly:* [["Place]] A "place of public assembly" [[includes]] is a [[: (1)]] government owned park identified by the Maryland-National Capital Park and Planning Commission; place of worship; elementary or secondary school; [[public building, or child care center]] public library; or [[(2) swim club or cultural,]] government owned or operated recreational [[, sports or social center that admits **minors**]] facility. A **place of public assembly** includes all property associated with the place, such as a parking lot or grounds of a building.

* * *

*Sporting use*: "Sporting use" of a firearm and ammunition means hunting or target shooting in compliance with all federal, State, and local laws. **Sporting use** includes:

(a) participation in a managed hunt sponsored by a government agency; and

(b) the sale or other transfer of ammunition by a sporting club for immediate, on-site use at the club.

* * *

**57-3. Discharge of guns in the urban area.**

A person, other than a peace officer or employee of the Maryland Department of Natural Resources performing official duties, must not discharge a gun within the urban area. [[This section does not apply to the]] <u>Except as provided in Sections 57-5 and 57-7A, a person may</u> discharge [[of]] a gun:

* * *

**57-4. Discharge of guns outside the urban area.**

* * *

(b) [[Paragraph (a)(1) does not apply to the]] <u>Except as provided in Sections 57-5 and 57-7A, a person may</u> discharge [[of]] a gun:

* * *

**57-5. [Transfer of rifles or shotguns to] <u>Access to guns by</u> minors.**

<u>(a)</u> [It shall be unlawful for any] <u>A</u> person [to] <u>must not</u> give, sell, rent, lend, or otherwise transfer any [[<u>handgun,</u>]] rifle[[<u>,</u>]] or shotgun [designed to use explosive ammunition] or any [projectile therefor within] <u>ammunition or major component for these guns in</u> the [county] <u>County</u> to a minor [under the age of eighteen (18) years; provided, that nothing contained within this section shall be construed to]<u>. This subsection does not</u> apply [where the relationship of] <u>when the transferor is at least 18 years old and is the</u> parent [and child], guardian [and ward], or [adult] instructor [and pupil exists between such person and] <u>of</u> the minor, or in connection with a regularly conducted or supervised program of marksmanship <u>or marksmanship</u> training [or participation].

(b) An owner, employee, or agent of a **gun shop** must not allow a minor to, and a minor must not, enter the **gun shop** unless the minor is accompanied by a parent or other legal guardian at all times when the minor is in the **gun shop**.

(c) This section must be construed as broadly as possible within the limits of State law to protect minors.

* * *

**57-7A. Firearms in or near places of public assembly.**

(a) A person must not sell, transfer, [[manufacture, repair,]] possess, or transport a handgun, rifle, or shotgun, or ammunition for these firearms, in or within 100 yards of a **place of public assembly**.

(b) This section does not:

(1) prohibit the teaching of firearms safety or other educational or sporting use [[by adults within]] in the areas described in subsection (a);

(2) apply to a law enforcement officer [[acting in the officer's official capacity]], or a security guard licensed to carry the firearm; [[or]]

(3) apply to the possession of a firearm or ammunition in the person's own home;

(4) apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner or one authorized employee of the business;

(5) apply to the possession of a handgun by a person who has received a permit to carry the handgun under State law;

(6) apply to a sale or other transfer of a firearm or ammunition in a gun shop operating continuously at the same location since before the place of public assembly was established if the place is established after January 1, 1997; or

[[(5)]]

(7) apply to [[the transportation of]] separate ammunition or an unloaded firearm [[that is]]:

(A) transported in [[a locked container]] an enclosed case or in a locked firearms rack on a motor vehicle; or

(B) being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency.

**57-8. Exemptions from provisions of chapter.**

Nothing in this [[chapter shall apply]] Chapter applies to the purchase, ownership or possession of bona fide antique guns which are incapable of use as a gun. [[Further]] Except as provided in Sections 57-5 and 57-7A, nothing in this [[chapter shall be deemed to prohibit]] Chapter prohibits the owner or tenant of any land from carrying or discharging a firearm on [[his]] that land for the purpose of killing predatory animals which prey on, damage or destroy [[his]] property, livestock, or crops.

**Sec. 2. Transition.**

Notwithstanding Section 57-7A, as added by Section 1, a gun shop owned and operated by a firearms dealer licensed under Maryland or federal law on January 1, 1997, may conduct regular, continuous operations in the same permanent location until the later of:

(a) two years after this Act takes effect; or

(b) up to five years after this Act takes effect, during the remaining term of a lease for the gun shop premises if the lease is in effect when this Act takes effect. The remaining term does not include any optional extensions of the lease.

The gun shop must not expand its inventory[[,]] (the number of guns or rounds of ammunition displayed or stored at the gun shop at one time) or square footage[[, or other aspect of its operation]] by more than 10 percent, or expand the type of guns (handgun, rifle, or shotgun) or ammunition offered for sale during the [[two-year]] transition period [[beginning on the date this Act takes effect]] in this Section.

*Approved:*

Marilyn J. Praisner — July 7, 1997

Marilyn J. Praisner, President, County Council — Date

*Approved:*

RETURNED UNSIGNED — July 14, 1997

Douglas M. Duncan, County Executive — Date

*This is a correct copy of Council action.*

Mary A. Edgar — July 14, 1997

Mary A. Edgar, CMC, Secretary of the Council — Date