# EXHIBIT 2

Bill No. 2-01
Concerning: Weapons – Gun Shows
Revised: May 16, 2001 Draft No. 9
Introduced: January 23, 2001
Enacted: May 16, 2001
Executive: May 29, 2001
Effective: August 28, 2001
Sunset Date: See Sec. 2
Ch. 11, Laws of Mont. Co. 2001

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

By: Council President Ewing and Councilmember Silverman.

**AN ACT** to:

(1) generally prohibit the sale, transfer, possession, or transportation of certain weapons at or within 100 yards of certain exhibition facilities;
(2) prohibit County funding for any organization that allows the sale, transfer, possession, or transportation of certain firearms at certain exhibition facilities;
(3) make technical and stylistic changes to County law regarding weapons; and
(4) generally amend County law regarding weapons at or near certain exhibition facilities.

By amending and adding to
Montgomery County Code
Chapter 57, Weapons

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| **[Single boldface brackets]** | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| **[[Double boldface brackets]]** | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**Section 1. Chapter 57 of the County Code is amended as follows:**

**57-1. Definitions.**

In this Chapter, the following words and phrases have the following meanings:

* * *

*Gun show*: Any organized gathering where a **gun** is displayed for sale.

* * *

*Place of public assembly*: A "place of public assembly" is a government-owned park identified by the Maryland-National Capital Park and Planning Commission; place of worship; elementary or secondary school; public library; [or] government-owned or -operated recreational facility; or multipurpose exhibition facility, such as a fairgrounds or conference center. A **place of public assembly** includes all property associated with the place, such as a parking lot or grounds of a building.

* * *

**[57-2A.]**

**57-3. Change in urban area boundary.**

* * *

**[57-3.]**

**57-4. Discharge of guns in the urban area.**

A person, other than a peace officer or employee of the Maryland Department of Natural Resources performing official duties, must not discharge a gun within the urban area. Except as provided in Sections [57-5] 57-7 and [57-7A] 57-11, a person may discharge a gun:

* * *

**[57-4.]**

**57-5. Discharge of guns outside the urban area.**

* * *

(b) Except as provided in Sections [57-5] 57-7 and [57-7A] 57-11, a person may discharge a gun:

* * *

[57-4A.]

**57-6. Discharge of bows.**

* * *

[57-5.]

**57-7. Access to guns by minors.**

* * *

[57-5A.]

**57-8. Child [Safety Handgun Devices and Handguns] safety handgun devices and handguns.**

* * *

[57-6.]

**57-9. Unlawful ownership or possession of firearms.**

* * *

[57-7.]

**57-10. Keeping guns on person or in vehicles.**

* * *

[57-7A.]

**57-11. Firearms in or near places of public assembly.**

(a) A person must not sell, transfer, possess, or transport a handgun, rifle, or shotgun, or ammunition for these firearms, in or within 100 yards of a place of public assembly.

(b) This section does not:

(1) prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

(2) apply to a law enforcement officer, or a security guard licensed to carry the firearm;

(3) apply to the possession of a firearm or ammunition in the person's own home;

(4) apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner or one authorized employee of the business;

(5) apply to the possession of a handgun by a person who has received a permit to carry the handgun under State law; or

(6) apply to separate ammunition or an unloaded firearm:

(A) transported in an enclosed case or in a locked firearms rack on a motor vehicle; or

(B) being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency.

<u>(c)</u> <u>This section does not prohibit a **gun show** at a **multipurpose exhibition facility** if:</u>

<u>(1)</u> <u>the **facility's** intended and actual primary use is firearms sports (hunting or target, trap, or skeet shooting) or education (firearms training); or</u>

<u>(2)</u> <u>no **person** who owns or operates the **facility** or promotes or sponsors the **gun show** received **financial or in-kind support** from the County (as defined in Section 57-13(a)) during the preceding 5 years, or after December 1, 2001, whichever is shorter; and</u>

<u>(A)</u> <u>no other public activity is allowed at the **place of public assembly** during the **gun show**; and</u>

<u>(B)</u> <u>if a **minor** may attend the **gun show**:</u>

(i) the promoter or sponsor of the **gun show** provides to the Chief of Police, at least 30 days before the **show**:

(a) photographic identification, fingerprints, and any other information the Police Chief requires to conduct a background check of each individual who is or works for any promoter or sponsor of the **show** and will attend the **show**; and

(b) evidence that the applicant will provide adequate professional security personnel and any other safety measure required by the Police Chief, and will comply with this Chapter; and

(ii) the Police Chief does not prohibit the **gun show** before the **gun show** is scheduled to begin because:

(a) the promoter or sponsor has not met the requirements of clause (i); or

(b) the Police Chief has determined that an individual described in clause (i)(a) is not a responsible individual.

[[(c)]]

(d) * * *

**57-12. Sale of fixed ammunition.**

* * *

**57-13. Use of public funds.**

(a) The County must not give **financial or in-kind support** to any organization that allows the display and sale of guns at a facility owned or controlled by the organization. **Financial or in-kind support** means any thing of value that is not generally available to similar organizations in the County, such as a grant, special tax treatment, bond authority, free or discounted services, or a capital improvement constructed by the County.

(b) An organization referred to in subsection (a) that receives direct financial [[or in-kind]] support from the County [[after January 1, 2001,]] must repay the support if the organization allows the display and sale of guns at the organization's facility [[within 10 years]] after receiving the County support. The repayment must include the actual, original value of the support, plus reasonable interest calculated by a method specified by the Director of Finance.

[57-8.]

**57-14. Exemptions from [[provisions of chapter]] Chapter.**

* * *

Nothing in this Chapter applies to the purchase, ownership, or possession of a bona fide antique [[guns which are]] gun that is incapable of use as a gun. Except as provided in Sections [57-5] 57-7 and [57-7A] 57-11, nothing in this Chapter prohibits the owner or tenant of any land from carrying or discharging a firearm on that land for the purpose of killing predatory animals which prey on, damage or destroy property, livestock, or crops.

* * *

[57-9.]

**57-15. Penalty.**

Any violation of this Chapter or a condition of an approval certificate issued under this Chapter is a Class A violation to which the maximum penalties for a [class] Class A violation apply. Any violation of Section [57-5A] 57-8 is a Class A civil violation.

* * *

**Sec. 2. Effective dates.**

(a) Section 57-13 of the County Code, as amended by Section 1 of this Act, applies to:

(1) support that an organization receives from the County after December 1, 2001; and

(2) the display of a gun for sale at the facility after December 1, 2001.

(b) Section 57-13 expires on December 1, 2011.

*Approved:*

May 21, 2001

Blair G. Ewing, President, County Council — Date

*Approved:*

May 29, 2001

Douglas M. Duncan, County Executive — Date

*This is a correct copy of Council action.*

May 30, 2001

Mary A. Edgar, CMC, Clerk of the Council — Date